## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re:  Sandra Dixon-Ross,  :  | Civil Action No. 2:15-cv-581 |
| Debtor.  :  | |
| _____  :  | Bankruptcy No. 14-18608 |
| :  | |
| SANDRA DIXON-ROSS,  :  | |
| Appellant,  :  | |
| :  | |
| v.  :  | |
| :  | |
| CHARLES J. HARTWELL, et al.,  :  | |
| Appellees.  :  | |

_____

# **O R D E R**

**AND NOW,** this 17th day of March, 2016, upon consideration of the Briefs of Appellant and Appellee, it is hereby **ORDERED** that the bankruptcy court's Order of January 21, 2015, dismissing the case with prejudice is **AFFIRMED** in its entirety.

The Clerk is directed to mark this case **CLOSED**.

                                               **BY THE COURT:**


                                               */s/ Joseph F. Leeson, Jr.*_____
                                               **JOSEPH F. LEESON, JR.**
                                               **United States District Judge**